# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APPOINTMENT TO THE | : | NO. 290 |
| | : | |
| DISCIPLINARY BOARD OF | : | DISCIPLINARY BOARD APPOINTMENT |
| | : | |
| PENNSYLVANIA | : | DOCKET |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of February, 2016, John P. Goodrich, Esquire, Allegheny County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term of three years commencing April 1, 2016.

Justice Eakin did not participate in the consideration or decision of this matter.